## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 3759 | **DATE** | 7/25/2005 |
| **CASE TITLE** | SHARON ACKMAN vs. MIDLAND CREDIT MANAGEMENT, INC. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for enlargement of time [doc. no. 7] is granted to and including 8/17/05 for Midland Funding NCC-2 Corp. and 8/23/05 for Midland Credit Management.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | CG |
|---|---|---|