UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 19 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Sharon Ackman, individually and on behalf of all others similarly situated,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Midland Credit Management, Inc., a Kansas corporation, and Midland Funding NCC-2 Corporation, a Delaware company,  )<br>  )<br>Defendants.  ) | Case No. 05 C 3759<br><br>**Judge James F. Holderman**<br><br>Magistrate Judge Nolan |

## NOTICE OF MOTION

To:   All Counsel of Record (see attached Service List):

PLEASE TAKE NOTICE that, on Tuesday, August 23, 2005, at 9:00 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable James F. Holderman, or any judge sitting in his stead, in Courtroom 2141 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Agreed Motion for Leave to File Defendant NCC-2's Answer and Affirmative Defenses to Plaintiff's Complaint**, a copy of which is herewith served upon you.

_____
One of the Attorneys for Defendant

David M. Schultz
Jennifer M. Hanna
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

## CERTIFICATE OF SERVICE

Mary E. Brengel, a non-attorney, being first duly sworn on her oath, deposes and states that a copy of the foregoing Notice of Motion and attachment referred to hereinabove was caused to be served upon all Counsel of Record listed on the attached Service List by (1) fax; and (2) mailing same from the United States Mail located at 222 North LaSalle Street, Chicago, Illinois 60601, all on the 19th day of August, 2005

_____

SUBSCRIBED AND SWORN TO before me
this 19th day of August, 2005.

_____
Notary Public

OFFICIAL SEAL
CANDY VELAZQUEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/21/08

*Sharon Ackman v. Midland Credit Management, Inc., et al.*
Court No. 05 C 3759
Matter No. 856313

## SERVICE LIST

David J. Philipps
Mary E. Philipps
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, IL  60465
(708) 974-2900
(708) 974-2907 – FAX