# United States District Court
# Northern District of Illinois

In the Matter of

Sharon Ackman

v.

Midland Credit Management, Inc. et

Case No. 05 C 3759

Designated Magistrate Judge
Nan R. Nolan

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Ronald A. Guzman** to be related to **04 C 5056** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge James F. Holderman

Dated: August 11, 2005

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James F. Holderman.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge Charles P. Kocoras

Dated: AUG 1 2 2005

Finding of Relatedness (Rev. 9/99)